UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN L. SMITH,<br>    Plaintiff,<br><br>v.<br><br>LEGAL DEPARTMENT SUPERVISOR,<br>Suffolk County Jail, et al.,<br>    Defendants, | CIVIL ACTION<br>NO. 23-10562-WGY |

YOUNG, D.J.                                                         June 27, 2023

**ORDER**

1.   Upon review of Steven L. Smith's letter and prison account statement, Doc. No. 2, he is granted leave to proceed <u>in forma pauperis</u>. Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to his account until the statutory filing fee has been paid in full.

2.   The Clerk shall provide a copy of this order to the treasurer of the institution having custody of the plaintiff.

3.   The Clerk shall issue a summons for Jordan E. Mitchell.  Plaintiff is responsible for ensuring that the summons, complaint, and this order are served on Jordan E. Mitchell in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4. At this time, summonses will not issue as to the defendants identified as "Legal Department Supervisor," "Civilian Mail Employee," "Superintendent Responsible for Transfers," and "All Unknown Parties Responsible for [Plaintiff's] Transfer." If, through discovery, the plaintiff discovers the true name of these defendants, he "should act promptly to amend the complaint to substitute the correct parties and to dismiss any baseless claims." Martinez-Rivera v. Sanchez Ramos, 498 F.3d 3, 8 n.5 (1st Cir. 2007). He may then also file a motion for issuance of summonses for these defendants. If a summons issues, the United States Marshal shall complete service as directed by plaintiff with all costs of service to be advanced by the United States.

5. Because the plaintiff is proceeding in forma pauperis., he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If the plaintiff chooses to have service completed by the USMS, he shall provide the agency with a copy of this order, all papers for service, and a completed USM-285 form for each party to be served. The USMS shall complete service as directed by the plaintiff with all costs of service to be advanced by the United States. The Clerk shall provide the plaintiff with a blank USM-285 form and instructions for service.

[2]

6.  The plaintiff shall have 90 days from the date of the issuance of the summons to complete service.  Failure to complete service within 90 days may result in dismissal of the action without further notice from the Court.  <u>See</u> Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE